AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

JOE HAND PROMOTIONS, INC.,

V.

JOHN PFAU, individually and as the alter ego and/or owner of MVP Sports Lounge, Inc.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-702-MEF-TFM

TO: (Name and address of Defendant)

John Pfau
486 Averett Street
Enterprise, Alabama 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
847 So. McDonough Street, Suite 100
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                         8-3-07

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JOE HAND PROMOTIONS, INC.,

V.

JOHN PFAU, individually and as the alter ego and/or owner of MVP Sports Lounge, Inc.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv702-MEF

TO: (Name and address of Defendant)

MVP Sports Lounge, Inc.
480 North Daleville Avenue
Daleville, Alabama 36322

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
847 So. McDonough Street, Suite 100
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*   8-3-07

CLERK   DATE

(By) DEPUTY CLERK