*Joe Nand from*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*: John Pfae    B. Date of Delivery: 8-13-07<br>C. Signature: X *Tom Pfau*    ☒ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>1:07CV 702<br>S+C |
| 1. Article Addressed to:<br><br>MVP Sports Lounge, Inc.<br>480 North Daleville Avenue<br>Daleville, AL 36322 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7006 0100 0003 2054 6693 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952