IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Joe Hand Promotions, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 1:07-CV-00702** |
| ) | |
| ) | |
| **John Pfau, individually and as the alter** ) | |
| **ego and/or owner of MVP Sports** ) | |
| **Lounge, and MVP Sports Lounge, Inc., a** ) | |
| **business incorporated and licensed in** ) | |
| **Alabama.** ) | |
| ) | |
| **Defendants.** ) | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4 of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Joe Hand Promotions, Inc. in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted on this day the 20th of September, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
ASB-6972-E63K
Attorney for Plaintiff
847 S. McDonough Street, Suite 100
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this 20th day of September, 2007.

Charles Neville Reese
Reese and Reese
1 Old Towne Square
Daleville, AL 36322

                s/ANDY NELMS
                K. ANDERSON NELMS (NEL022)
                P.O. Box 5059
                Montgomery, AL 36103
                Phone: (334) 263-7733
                Fax: (334) 832-4390
                andynelms@jaylewislaw.com
                ASB-6972-E63K