UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Joe Hand Promotions, Inc.,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**John Pfau, individually and as the alter** )<br>**ego and/or owner of MVP Sports** )<br>**Lounge, and MVP Sports Lounge, Inc., a** )<br>**business incorporated and licensed in** )<br>**Alabama,** )<br>)<br>**Defendants.** ) | Case No.: 1:07-cv-00702-MEF-TFM |

## MOTION FOR EXTENSION OF TIME

**COMES NOW** Plaintiff, by and through counsel, and respectfully requests an extension of time to and including September 28, 2007, in which to file a Rule 26(f) Report of Parties Planning Meeting as follows:

1. Plaintiff's counsel, Keith Anderson Nelms, has been out of town to facilitate preparation of litigation in a separate cause. Counsel does not make this request for purposes of unnecessary delay. However, a brief extension of time will allow the parties hereto to confer appropriately in this matter.

2. Based on the foregoing, it is respectfully requested that the parties time to file a Rule 26(f) Report of Parties Planning Meeting in the instant cause be extended until September 28, 2007.

RESPECTFULLY SUBMITTED on this the ___25th___ day of September, 2007.

/s/ Andy Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
847 So. McDonough Street, Ste 100

Montgomery, Alabama, 36104  
334-263-7733 (voice)  
334-263-7733 (fax)  
andynelms@JayLewisLaw.com  
ASB-E63K-6972

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF system which will send notification of such filing to Defendant's attorney, Charles N. Reese. I also certify that I have served a copy of the foregoing upon the Defendant by placing same in the United States Mail, properly addressed to P.O. Box 250, Daleville, Alabama 36322.

/s/ Andy Nelms  
Attorney for Plaintiff