IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 1:07-cv-702-MEF |
| ) | |
| JOHN PFAU, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion for Extension of Time to File Rule 26(f) Report (Doc. #9) filed on September 25, 2007, it is hereby

ORDERED that the motion is GRANTED to and including October 5, 2007.

DONE this 27th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE