IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-702-MEF |
| ) | |
| JOHN PFAU, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Amended Complaint (Doc. #11) filed on September 28, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 1st day of October, 2007.

               /s/ Mark E. Fuller
               CHIEF UNITED STATES DISTRICT JUDGE