UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Joe Hand Promotions, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 1:07-cv-00702-MEF-TFM |
| vs. ) | |
| ) | |
| **John Pfau, individually and as the alter** ) | |
| **ego and/or owner of MVP Sports** ) | |
| **Lounge, and MVP Sports Lounge, Inc., a** ) | |
| **business incorporated and licensed in** ) | |
| **Alabama,** ) | |
| ) | |
| **Defendants.** ) | |

**REPORT OF THE PARTIES' PLANNING MEETING**

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a teleconference was held on September 25, 2007 among the following participants:

    Andy Nelms
    Law Offices of Jay Lewis, LLC
    Attorney for Plaintiff

    Charles N. Reese
    Reese & Reese
    Attorney for Defendant

2. **Pre-Discovery Disclosures.** The parties will exchange by October 16, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects:

        1. All information pertaining to Plaintiff's claims and damages.

        2. All information pertaining to Defendants' defenses.

    b. All discovery commenced in time to be completed by June 1, 2008.

    c.    There will be a maximum of 30 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.    There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.    There will be a maximum of 30 requests for admission by each party to any other party. Responses will be due 30 days after service.

    f.    The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by February 1, 2008, and from Defendant by March 1, 2008.

    h.    Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4. **Other items.**

    a.    **Scheduling Conference**
The parties **do not** request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
The parties request a pretrial conference in October, 2008.

    c.    **Additional Parties, Claims and Defenses**
The parties must join additional parties and amend the pleadings by February 1, 2008.

    d.    **Dispositive Motions**
All potentially dispositive motions should be filed by July 1, 2008.

    e.    **Settlement**
Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

    f.    **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 14 days after service to list objections under Rule 26(a)(3).

    g.    **Trial Date**
This case should be ready for trial by December 1, 2008, and at this time is expected to take approximately 1day of trial time.

Date: October 3, 2007

| | |
|---|---|
| /s/Andy Nelms | /s/ Charles Reese |
| Keith Anderson Nelms | Charles N. Reese |
| 847 So. McDonough Street, Suite 100 | 1 Old Town Square |
| Montgomery, AL 36104 | P.O. Box 250 |
| Phone: (334) 263-7733 | Daleville, Alabama |
| Fax: (334) 832-4390 | Phone: (334) 598-6321 |
| andynelms@jaylewislaw.com | Fax: (334) 598-4216 |
| ASB-6972-E63K | |