## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **Joe Hand Promotions, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Case No.: 1:07-cv-00702-MEF-TFM** |
| **vs.** | ) | |
| | ) | |
| **John Pfau, individually** | ) | |
| **and as the alter** | ) | |
| **ego and/or owner of MVP Sports** | ) | |
| **Lounge, and MVP Sports, Inc., a** | ) | |
| **business incorporated** | ) | |
| **and licensed in Alabama,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John Pfau, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

          This party is a governmental entity, or

          There are no entities to be reported, or

          The following entities and their relationship to the party are hereby reported:

Reportable Entity Relationship to Party

| | |
|---|---|
| MVP Sports, Inc._____ | Corporate Officer_____ |
| | |
| 10-6-2007 | S/Charles N. Reese |
| | Charles N. Reese |

        Counsel for John Pfau
        MVP Sports, Inc.
        P. O. Drawer 250
        Daleville, Alabama
        36322
        334-598-6321

Certificate of Service

    I hereby certify that I have served Keith Anderson Nelms, 847 S. McDonough Street, Suite 100, Montgomery, Alabama 36104 by the electronic filing system this the 6th day of October 2007.

        S/Charles N. Reese